**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JERREHIAN,                          :    No. 180 MAL 2018
                                    :
      Petitioner         :
                                    :    Petition for Allowance of Appeal from
                                    :    the Order of the Superior Court
      v.                 :
                                    :
                                    :
HAVDECO PARTNERS,                   :
                                    :
      Respondent         :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 3rd day of October, 2018, the Petition for Allowance of Appeal is

**DENIED**.